UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 21.17 BTC SEIZED FROM<br>ADDRESS<br>3JB9jkioXqmKS9AbGZFhFyVPPR35Pla43x; AND<br><br>APPROXIMATELY 76.56 ETH SEIZED FROM<br>ADDRESS<br>0x9A4131652f2bB5C2302e4bB8C15325A3CD58d4d3,<br>BOTH ASSOCIATED WITH COINBASE ACCOUNT<br>USER IDENTIFICATION 685fd785f1ce0a64c5b884bf,<br><br>　　　　　Defendants *in Rem*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 26-cv-13515<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **WARRANT AND MONITION**

To:　　The United States Marshals Service or designee:

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint

for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United

States of America against the following defendant property, described as:

　　　a.　approximately 21.17 BTC seized from address
　　　　　3JB9jkioXqmKS9AbGZFhFyVPPR35Pla43x; and

　　　b.　approximately 76.56 ETH SEIZED FROM ADDRESS
　　　　　0x9A4131652f2bB5C2302e4bB8C15325A3CD58d4d3,

both associated with Coinbase account User Identification 685fd785f1ce0a64c5b884bf

(the "Defendant Property").

This Court has found probable cause for forfeiture of the Defendant Property. Accordingly, you

are hereby directed to serve, and give notice of the Complaint by:

　　　(1)　Publishing notice of the United States' intent to forfeit the Defendant Property via the
　　　　　government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2)     Serving a copy of this this Warrant and Monition, together with a copy of the Complaint, to any person who reasonably appears to be a potential claimant on the facts known to the government before the end of time for filing a claim in accordance with Rule G(4)(b)(iii) of the Supplemental Rules of Rules for Admiralty or Maritime and Asset Forfeiture Claims; and

Service may be made by certified mail, postage prepaid and return receipt requested; by hand; or by any other reasonable means, such as electronic service.

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Property in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest of the Defendant Property or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE VERIFIED COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1

COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY-ONE (21) DAYS AFTER THE FILING OF THE CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS.

THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9.  IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE ADDRESSED TO THE ATTORNEY GENERAL; SHALL BE SWORN TO BY THE PETITIONER, OR BY THE PETITIONER'S ATTORNEY UPON INFORMATION BELIEF, SUPPORTED BY THE CLIENT'S SWORN NOTICE OF REPRESENTATION PURSUANT TO 28 U.S.C. § 1746, AS SET FORTH IN 28 C.F.R. § 9.9(g); AND SHOULD BE SUBMITTED TO THE ATTENTION OF ASSISTANT UNITED STATES ATTORNEY CAROL E. HEAD, UNITED STATES ATTORNEY'S OFFICE, ASSET RECOVERY UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210.

Robert M. Farrell, Clerk
U.S. District Court

By:    /s/ Christine M. Lima
Deputy Clerk

Date: August 11, 2026

APPROVED AND SO ORDERED:

United States District Judge

Date: Aug. 11, 2026