## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
Plaintiff,
v.

**APPROXIMATELY 21.17 BTC SEIZED FROM ADDRESS 3JB9jkioXqmKS9AbGZFhFyVPPR35P1a43x; AND APPROXIMATELY 76.56 ETH SEIZED FROM ADDRESS 0x9A4131652f2bB5C2302e4bB8C15325A3CD58d4d3, BOTH ASSOCIATED WITH COINBASE ACCOUNT USER IDENTIFICATION 685fd785f1ce0a64c5b884bf,**
*Defendants in Rem.*

Civil Action No.
1:26-cv-13515-NMG

## VERIFIED CLAIM OF ALIASGHAR AFROUZ

Aliasghar Afrouz, whose name also appears as Ali Asghar Afrouz ("Claimant"), appearing pro se, pursuant to Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, files this Verified Claim and states as follows:

1. Claimant is the individual in whose name Coinbase account User Identification 685fd785f1ce0a64c5b884bf was registered.
2. At the time of seizure, Claimant was the legal and beneficial owner of, and asserts an ownership and possessory interest in, all of the following Defendant Property:
   (a) approximately 21.17 BTC seized from address 3JB9jkioXqmKS9AbGZFhFyVPPR35P1a43x; and
   (b) approximately 76.56 ETH seized from address 0x9A4131652f2bB5C2302e4bB8C15325A3CD58d4d3.
3. The Defendant Property belonged solely to Claimant. Claimant transferred it from his personal cryptocurrency wallet to the Coinbase account identified above. No other person has any ownership or beneficial interest in it.
4. Claimant claims the entirety of the Defendant Property.
5. Claimant files this Verified Claim in his individual capacity to contest the forfeiture. This Claim is not an admission of any allegation in the Verified Complaint.

## VERIFICATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: September 5, 2026, at Marbella, Málaga, Spain.

Afrouz
____________________________
Aliasghar Afrouz, Pro Se
Casa 13, Manzana 2.13
Urbanización Santa Clara Golf, Los Monteros
29603 Marbella, Málaga, Spain
Telephone: +34 677 295 914
Email: afrouz.ali@gmail.com